# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD J. BLOVSKY,<br><br>    Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant | Case No.: 2:19-cv-01952-APG-DJA<br><br>**Order for Stipulation of Dismissal or Status Report** |

On December 18, 2019, the parties advised the court they had reached a settlement and requested 60 days to file a stipulation dismissing the case or a status report. ECF No. 7. On May 4, 2020, I ordered the parties to file a stipulation of dismissal or a status report by May 22, 2020. ECF No. 8. The parties did not do so.

I THEREFORE ORDER that the parties shall file either a stipulation of dismissal or a status report by June 5, 2020. The failure to do so may result in sanctions or dismissal of the case without further notice.

DATED this 28th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE